RECEIVED
FEB 2 7 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RON JOHNSON, Plaintiff | CIVIL ACTION NO. 1:17-CV-001187 |
| VERSUS | JUDGE DRELL |
| VICTOR E. JONES, JR., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that Johnson's claims are DISMISSED WITH PREJUDICE in accordance with the provisions of Fed. R. Civ. P. 37(b) and 41(b).

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 27th day of February, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT